Commonwealth *v.* Horton, Appellant.

Submitted November 17, 1975. *John H. Corbett, Jr.,* Trial Defender, *John J. Dean,* Chief, Appellate Division, and *Ralph J. Cappy,* Public Defender, for appellant; *Robert L. Eberhardt,* Assistant District Attorney, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Order affirmed.


Commonwealth *v.* Jefferson, Appellant.

Before BERTOLET, J.

Submitted September 8, 1975. *Charles R. Jefferson, in propria persona,* and *Paul Lyle Spitler,* for appellant; *Grant E. Wesner,* Deputy District Attorney, and *Robert L. VanHoove,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.